THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel Jones, Appellant.
 
 
 

Appeal From Clarendon County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2008-UP-636
Submitted November 3, 2008  Filed
 November 13, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Jones appeals his conviction of assaulting a
 correctional employee and sentence of three years.  Jones argues the trial
 court erred by failing to give the jury charge of the defense of accident.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Joness appeal
 and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.